| Date | Pleading Number | |
|---|---|---|
| 12/13/74 | 1. | MOTION -- Plaintiff Kathleen M. Hawkes, et al., motion for 1407 treatment. Certificate of service attached. REQUESTED TRANSFEREE FORUM: D. Massachusetts |
| 12/23/74 | 2 | BRIEF -- plaintiff Hawkes, et al movant w/cert. of service |
| 1/3/74 | | HEARING ORDER- Setting for hearing in Phoenix, Arizona Jan. 24, 1974 A-1 and A-2  (Mailed 3) |
| 1/7/75 | 3 | RESPONSE -- Eastern Airlines, Inc. w/cert. of service |
| 1/7/75 | 4 | RESPONSE -- Plaintiff Ashworth w/cert of service |
| 1/17/75 | 5 | REPLY BRIEF -- Movant w/cert. of service |
| 1/17/75 | | MOVANT request for corrections to Pleading No. 1  ( MOTION TO AMEND) |
| 1/17/75 | 6 | REPLY -- ASHWORTH w/cert of service |
| 1/17/75 | | CORRECTION ORDER -- to delete Jan. 25, 1975 on HEARING ORDER filed on Jan. 3, 1975 and to insert Jan. 24, 1975. |
| 1/23/75 | 7 | LTR. FR. R. B. WALLACE - apprising Panel of recent developments in Ashworth case.  cc? to counsel. |
| 1/24/75 | 8. | MOTION TO STRIKE ASHWORTH REPLY -- by Eastern Air Lines, Inc. or ALTERNATIVELY to allow Eastern to file a statement in reply thereto. (Filed at hearing.) w/affidavit |
| 1/30/75 | 9. | LTR FR. PLTF. ASHWORTH TO EASTERN COUNSEL -- dtd. 1/23/75 re: misrepresentation of facts in brief filed 1/17/75 (#5) |
| 1/30/75 | 10. | LTR. FR. R. B. WALLACE -- tranmitting order of J. Merhige in Ashworth case denying def.'s motion to dismiss the class action. |
| 3/3/75 | | OPINION AND ORDER -- transferring action to E.D. Virginia for coordinated or consolidated pretrial proceedings for assignment to Judge Robert R. Merhige, Jr. under 1407. |
| 3/3/75 | | CONSENT OF TRANSFEREE DISTRICT -- Judge Richard B. Kellam consent for litigation to be assigned to Judge Merhige in Richmond |
| 4/14/75 | | COLETTE COMSTOCK, ET AL. V. EASTERN AIRLINES, INC., N.D.GA., 75-57A STIPULATION -- of parties to transfer action under 28 U.S.C. §1407 TRANSFER ORDER -- transfering action to the E.D. Va. for coordinated or consolidated pretrial proceedng under 28 U.S.C. §1407 for assignment to Judge Merhige. Notified counsel, clerks involved judges. |

OPINION AND ORDER, March 3, 1975
Case MDL No. 195 Document 1 Filed 05/01/15 Page 2 of 3
DOCKET NO. 195 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Closed

## Description of Litigation

### IN RE EASTERN AIR LINES, INC. FLIGHT ATTENDANT WEIGHT PROGRAM LITIGATION

#### Summary of Panel Action

Date(s) of Hearing(s): Jan. 24, 1975

Date(s) of Opinion(s) or Order(s): 3/3/75

Consolidation Ordered: xxx

Consolidation Denied: ____

Name of Transferee Judge: ROBERT R. MERHIGE, JR.

Transferee District: EASTERN DISTRICT OF VIRGINIA (Richmond)

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Kathleen M. Hawkes, et al. v. Eastern Air Lines, Inc. | Mass. Murray | 74-1857-M | 3/3/75 | 75-0188-R ~~74-1857-R~~ | 3/3/77 | |
| A-2 | Sandra Jarrell Ashworth, et al. v. Eastern Air Lines, Inc. | E.D.Va. | 74-353-R(RRM) | NTN | | 10/26/78 | |
| B-1 | Colette Rose Comstock, et al. v. Eastern Airlines, Inc. | N.D. Ga. | C75-576A | 4/14/75 | 75-0189-R | 3/3/77 | |

CERTIFIED CORRECT
JULY ~~1976~~ /1977
ditto 7/1978

p. _____

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 195 -- IN RE EASTERN AIR LINES, INC. FLIGHT ATTENDANT WEIGHT PROGRAM LITIGATION

| Plaintiff | Defendant |
|---|---|
| KATHLEEN M. HAWKES, ET AL. (A-1)<br>Jeffrey Swope, Esquire<br>Palmer & Dodge<br>1 Beacon Street<br>Boston, Massachusetts 02108<br><br>SANDRA JARRELL ASHWORTH (A-2)<br>David R. Cashden, Esquire<br>Berlin, Roisman & Kessler<br>1712 N St., N.W.<br>Washington, D.C. 20036<br><br>COLETTE ROSE COMSTOCK (B-1)<br>Margie Pitts Hames, Esq.<br>Mary Ann B. Oakley, Esq.<br>Suite 902<br>15 Peachtree Street, NE<br>Atlanta, Georgia 30303 | EASTERN AIR LINES, INC.<br>Herbert Prashker, Esquire<br>Poletti, Friedin, Prashker,<br>  Feldman & Gartner<br>777 Third Avenue<br>New York, New York 10017 |